UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RHONDA FLEMING,
    Plaintiff,

v.                              No. 15-1135-EGS

MEDICARE FREEDOM OF INFORMATION
GROUP, et al.,
    Defendants.

## RENEWED MOTION FOR A JUDGE SUPERVISED SETTLEMENT CONFERENCE

The Plaintiff moves for a Judge supervised settlement conference. The Plaintiff presents the following in support:

1. The case has been litigated for over three years;

2. The Plaintiff has made a fair offer to voluntarily dismiss the case, but she is a federal prisoner and not in the best position to negotiate with the Department of Justice, of whom she is in their custody and suing them over their transgender policy, in Fleming v. United States, et al., No. 7:17-cv-0009, in the Northern District of Texas, the Honorable Judge Reed O'Connor presiding; Ex-A, Settlement Offer;

3. The Plaintiff is less than 3 hours from the courthouse in Washington, D.C. and the costs of transporting a non-violent federal prisoner is small to none, if AUSA Taaffe authorized the BOP grant a furlough to the conference.

Supervision by the Court in this unique case could settle litigation in other districts. The facts and records which absolve the Plaintiff of guilt of wire fraud originate in this Court, thus making additional authentication unnecessary.

The Plaintiff moves the Court to grant this settlement conference, with the Plaintiff in person, or by telephone. The prison, Secure Female Facility-Hazelton will comply with orders to make the Plaintiff available by phone.

Respectfully Submitted,

Rhonda Fleming, Plaintiff
March 18, 2018

## CERTIFICATE OF SERVICE

Service is performed by the filing electronically of this motion by the U.S. Clerk.

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: HAF-K-B

----

FROM: 20446009
TO: Gabriel, Leonard; Jd, Jd; Smith, Patty
SUBJECT: Forward to:
DATE: 02/20/2018 09:49:26 AM


damon.taaffe@usdoj.gov

Re: Fleming v. Medicare, No. 15-1135-EGS
    Settlement Offer

Dear Mr. Taaffe:

I am open to voluntarily dismissing the case if two conditions are met. I am requesting $10,200 in fees and costs for litigating this matter and a sworn affidavit from Director Hugh Gilmore of the Medicare FOIA Group.

I would like Director Gilmore to provide me with a sworn affidavit stating the following facts that are already in the records of this case. Consolidating the facts with this affidavit would, in part, meet the purpose of filing the lawsuit. I would like the affidavit to make the following statements of fact:

"The Medicare FOIA Group is the custodian of claims and billing records. Ms. Rhonda Fleming made several request for records which were provided, in part, however, we were unable to provide the following authenticate, certified Medicare records:

1. Claims filed by Hi-Tech Medical Supply ("Hi-Tech") from 2003 to 2005;

2. Payments made to Hi-Tech from 2003 to 2005;

3. Tax Forms 1099 for Hi-Tech for the years of 2003, 2004, and 2005;

4. Wire payment records for Hi-Tech and/or First Advantage Nursing ("FAN") on the dates and amounts listed in United States v. Rhonda Fleming, No. 4:07-cr-513-1, Southern District of Texas, indictment/counts 37 to 46;

5. Claims filed by FAN and/or Hi-Tech in an amount over $1,000,000, for the 5 products listed in the above referenced case in Texas;

6. Payment records for FAN and/or Hi-Tech for over $6 million in payments by Medicare for the 5 products listed in the above referenced Texas case; and,

7. Claim records for FAN and/or Hi-Tech for over $36 million for the 5 products listed in the above referenced Texas case.

Medicare FOIA Group is unable to provide records for claims and/or payments which did not occur, therefore, do not exist in our records."

Mr. Taaffe, I am at the Federal Transfer Center in Oklahoma City. Please contact the warden's office to schedule a phone conference, so that we may resolve this matter as soon as is practicable.

Respectfully,

Rhonda Fleming

***I could not put your email in my contact list, so I am having a close family friend forward this email to you. You may respond and they will forward it to me.

EX-A