**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                              |                                  |
|----------------------------------------------|----------------------------------|
| RHONDA FLEMING,                              |                                  |
|      Plaintiff,                              |                                  |
|      v.                                      | Civil Action No. 15-1135 (EGS)   |
| MEDICARE FREEDOM OF INFORMATION GROUP, *et al.*, |                              |
|      Defendants.                             |                                  |

**ORDER**

On October 13, 2015, the Court referred this case for full case management to a randomly assigned magistrate judge. *See* Min. Order (10/13/2015). Magistrate Judge G. Michael Harvey issued a Report and Recommendation ("R&R") on the parties' cross-motions for summary judgment on April 4, 2019 recommending the court deny the motions. *See* R&R, ECF No. 184. The Court adopted the R&R without objection from the parties, and directed defendants to file a renewed motion for summary judgment addressing the deficiencies identified in the R&R. Order Adopting R&R, ECF No. 186. Defendants filed a renewed motion for summary judgment to which plaintiff has not opposed. Defs.' Renewed Mot. for Summ. J., ECF No. 187.

Magistrate Judge Harvey issued an R&R on defendants' renewed motion for summary judgment on October 24, 2019, recommending the Court grant defendants' motion. R&R ECF No.

1

193. Ms. Fleming has filed a notice with the Court explaining she does not object to the R&R. Ltr. From Rhonda Fleming, ECF No. 194.

The Court has carefully reviewed the R&R and, having received no objections to the R&R pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Harvey contained in the R&R. Accordingly, it is hereby

**ORDERED** that defendants' renewed motion for summary judgment is **GRANTED**.

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
**             United States District Judge**
**             November 26, 2019**